**Otto W. Homann, d/b/a Schmidt-Homann Real Estate, Plaintiff-Appellant, v. Frank R. Wilson and Lucile G. Wilson, Defendants-Appellees.**

**Gen. No. 67–29M.** 

Fifth District.
September 20, 1967.

Mr. Earl Vuagniaux, of Edwardsville, for appellant; no brief filed for appellee. Opinion by JUSTICE GOLDENHERSH. **Not to be published in full.**